UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )
) CASE NO. 98-522-CR-MORENO
)
) 8 USC 1326(a),(b)(2)
v. )
) **INDICTMENT**   MAGISTRATE JUDGE
)                 JOHNSON
)
SERGIO RAMON ARIAS )
a/k/a "Carlos Jose Garcia" )
)
_____ )

The Grand Jury charges that:

On or about June 5, 1998, at Miami, Miami-Dade County, in the Southern District of Florida, the defendant,

SERGIO RAMON ARIAS,
a/k/a "Carlos Jose Garcia,"

an alien, having previously been deported from the United States on or about July 11, 1997, was found to be in the United States without the Attorney General having expressly consented to such alien's reapplying for admission to the United States; in violation of Title 8, United States Code, Section 1326(a),(b)(2).

A TRUE BILL

_Karen Paul_
FOREPERSON

_[signature]_
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_[signature]_
RICO M. SOGOCIO
SPECIAL ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 98-522-CR-MORENO

v.

CERTIFICATE OF TRIAL ATTORNEY*

SERGIO RAMON ARIAS

MAGISTRATE JUDGE JOHNSON

Related Case Information:
SUPERSEDING          Yes ___   No _X_
New Defendant(s)     Yes ___   No _X_
Number of New Defendants ___
Total number of counts ___

**Court Division:** (Select One)

_X_ Miami    ___ Key West
___ FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    YES
   List language and/or dialect    SPANISH

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                      (Check only one)

   I    0 to 5 days        _X_    Petty       ___
   II   6 to 10 days       ___    Minor       ___
   III  11 to 20 days      ___    Misdem.     ___
   IV   21 to 60 days      ___    Felony      ___
   V    61 days and over   ___

   FILED BY ___ DC
   98 JUL -8 PM 5:15
   CARLOS JUENKE
   CLERK, USDC / SDFL / MIA

6. Has this case been previously filed in this District Court? (Yes or No)   NO
   If yes:

   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

7. Has a complaint been filed in this matter? (Yes or No)   YES
   If yes:

   Magistrate Case No.   98-3031-RLD
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   JUNE 30, 1998
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

8. This case originated in the U.S. Attorney's office prior to August 16, 1985
   (Yes or No)        NO

   [signature]
   RICO M. SOGOCIO
   SPECIAL ASSISTANT UNITED STATES ATTORNEY
   Florida Bar No. 0030813

*Penalty Sheet(s) attached

REV.12/12/96
N:\UDD\OGRISSOM\CERTRIAL.FRM

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**  98-522-CR-MORENO
MAGISTRATE JUDGE
JOHNSON

Defendant Name: **SERGIO ROMAN ARIAS**  Case No. _____

| Count #: | I |
|---|---|

Title 8 USC § 1326(a),(b)(2)

*Max Penalty: 20 Years Imprisonment and a $250,000.00 Fine

Illegal Re-Entry

Count #:

*Max Penalty:

Counts #:

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-3031-DUBÉ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SERGIO ROMAN ARIAS,
a/k/a Carlos Jose Garcia

    Defendant.
_____/

## DETENTION ORDER

Pursuant to 18 U.S.C. section 3142(f), a hearing was held on June 30, 1998 to determine whether the Defendant, Sergio Roman Arias, should be detained prior to trial. Having considered the factors enumerated in 18 U.S.C. section 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the appearance of this Defendant as required and the safety of any other person and the community. Therefore, it is ORDERED that Sergio Roman Arias be detained prior to trial and until the conclusion thereof.

In accordance with the provisions of 18 U.S.C. section 3142(i)(1), this Court makes the following findings of fact and statement of reasons for the detention:

(1) The Defendant is charged with illegally re-entering the United States after being deported.

(2) The weight of the evidence is substantial. The government proffered that the Defendant, who was deported on July 11, 1997 to Mexico, was found in the United States on June 5, 1998. The government also proffered that the Defendant has used multiple aliases and various dates of birth.

(3) According to the pretrial services report, the Defendant is a citizen of Nicaragua, with

extensive ties to that country including his mother, three siblings and two children. The report also indicated that the Defendant has an extensive criminal history, including convictions for battery, sale or possession of marijuana, sale of a controlled substance and a probation violation.

(3) The Court specifically finds that there are no conditions or combination of conditions which would reasonably assure Defendant's appearance as required and the safety of any other person and the community. 18 U.S.C. section 3142(e).

(4) Based upon the above findings of fact, which are supported by clear and convincing evidence, this Court finds that the Defendant poses a danger to the community. By a preponderance of the evidence, this Court finds that the Defendant presents a risk of flight.

Accordingly, the Court hereby directs:

1. That the Defendant be detained without bond and be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. That the Defendant be afforded reasonable opportunity for private consultation with counsel, and

3. That, on order of a court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**DONE and ORDERED** this ____ day of July, 1998.

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE

cc: Rico M. Sogocio, AUSA (Miami)
    Gail Stage, AFPD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 98-3031-Dube'

UNITED STATES OF AMERICA,

   Plaintiff,

vs.              ORDER

Sergio Arias

   Defendant.

6/30/98

_____

  Pursuant to the Bail Reform Act, a detention hearing was held this date in accordance with 18 U.S.C. Section 3142(f). At the conclusion of the evidentiary hearing, the findings of fact and conclusions of law required by the Act were dictated into the record. It is thereupon

  **ORDERED AND ADJUDGED** as follows:

  1. The Defendant ___NAMED ABOVE___ shall be detained pending trial in this case for the reasons stated on the record by the Court.

  2. A final Order of Detention memorializing the dictated findings and conclusions shall be entered forthwith.

  **DONE AND ORDERED** in Miami, Florida this __30th__ day of __June__, 19_98_.

TAPE NO. 98H- 30-170

             _____
             UNITED STATES MAGISTRATE JUDGE
             ROBERT L. DUBE'

c: AUSA - Rico Dogocio
  Defense Counsel -
  Pretrial Services
  U.S. Marshal

koia.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __98-3031-DUBE'__

UNITED STATES OF AMERICA

    Plaintiff,

v.

SERGIO ARIAS #50904-004
d/o/b 8/30/60
    Defendant.
_____/

ORDER ON INITIAL APPEARANCE
Language ___SPANISH___
Tape No. _98H_-_36-170_
AUSA _Rico Dogocio_
Agent _____

The above-named defendant having been arrested on __6/30/98__ having appeared before the court for initial appearance on __6/30/98__ and proceedings having been held in accordance with F.R.C.P. 5 or 40(a), it is thereupon ORDERED as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
2. _CO OD_ appointed as permanent counsel of record.
   Address: _150 W. Flagler Street_
   Zip Code: _33130_ Telephone: _(305) 530-7000_
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _____, 1998.
4. Arraignment/Preliminary/Removal/Identity hearing is set for _10am_ _7/10_, 1998.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _need PAD_
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _10am_ _____, 1998.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:

_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____

\_\_I. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
\_\_j. Comply with the following additional special conditions of this bond:

_____
_____

This bond was set: At Arrest _____
          On Warrant _____
          After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ____
_____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at Miami, Florida, this 30th day of June 1998.

_____
UNITED STATES MAGISTRATE JUDGE
ROBERT E. DUBE'

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ] CASE NUMBER: CR 983031 RLD
                Plaintiff ]
-vs- ] REPORT COMMENCING CRIMINAL ACTION
Sergio Llanas ] 50904-004
         Defendant       USMS Number

**********************************************************

TO: CLERK'S OFFICE   MIAMI    FT. LAUDERDALE   W. PALM BEACH
    U.S. DISTRICT COURT         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

**********************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 6/30/98   AM 11  PM ___

(2) LANGUAGE SPOKEN: Spanish

(3) OFFENSE(S) CHARGED: 8 USC 1326

(4) UNITED STATES CITIZEN: ( ) YES (✓) NO ( ) UNKNOWN

(5) DATE OF BIRTH: 8/30/60

(6) TYPE OF CHARGING DOCUMENT: (check one)
    [ ] INDICTMENT   [✓] COMPLAINT TO BE FILED/ALREADY FILED
    CASE # _____
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: Southern
    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

AMOUNT OF BOND: $_____ WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: _____ ARRESTING OFFICER: _____

(10) AGENCY: _____ (11) PHONE: _____

(12) COMMENTS: _____

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

SERGIO ROMAN ARIAS
a/k/a Carlos Jose Garcia

**WARRANT FOR ARREST**

CASE NUMBER: 98-3031-R(D)

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __SERGIO ROMAN ARIAS a/k/a Carlos Jose Garcia__

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [ ] Information   [X] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)

was found to be in the United States, at Miami, Florida without first obtaining the consent of the Attorney General, after having been deported from the United States.

in violation of Title __8__ United States Code, Section(s) __1326(a), (b)(2)__

6/29/98

Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Miami, Florida
Date and Location

Bail fixed at $_____   by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

BOND RECOMMENDATION

DEFENDANT  **SERGIO ROMAN ARIAS A/K/A CARLOS JOSE GARCIA**

$ __PTD (NO BOND)__       (Surety,Recognizance,Corp.Surety,Cash)
                          (Jail)(On Bond)(Warrant)(Summons)
                          Marshal's Custody)

_____
RICO M. SOGOCIO
SPECIAL ASSISTANT U.S. ATTORNEY


Last Known Address _____

What Facility __KROME DETENTION CENTER_____

Special Agent __MARY A. RODRIGUEZ/INS_____
     (FBI) (SECRET SERVICE) (INS) (CUSTOMS) (ATF) (MARSHAL SVC.)


AO (Rev. 3/89)
Bond Recommendation

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

SERGIO ROMAN ARIAS
a/k/a Carlos Jose Garcia

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 98-3031-RLD

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __June 5, 1998__ in __Dade__ county, in the __Southern__ District of __Florida__ defendant(s), was found to be in the United States, at Miami, Florida, without first obtaining the consent of the Attorney General, after having been deported from the United States on or about July 11, 1997,

in violation of Title __8__ United States Code, Section(s) __1326(a), (b)(2)__

I further state that I am a __Special Agent__ and that this complaint is based on the following facts:
                                     Official Title

**See Attached Affidavit**

Continued on the attached and made a part hereof:    [x] Yes  [ ] No

Mary A. Rodriguez
Signature of Complainant MARY A. RODRIGUEZ
IMMIGRATION AND NATURALIZATION SERVICE
JUNE 29, 1998

Sworn to before me, and subscribed in my presence,

__June 29, 1998__                                         at __Miami, Florida__
Date                                                          City and State

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                      Signature of Judicial Officer

UNITED STATES MAGISTRATE JUDGE

## AFFIDAVIT

I, Mary A. Rodriguez, being duly sworn, depose and state:

1. I am a Special Agent of the United States Department of Justice, Immigration & Naturalization Service (INS) with 12 years immigration experience, duly appointed according to law and acting as such.

2. It is the belief of your affiant that, SERGIO RAMON ARIAS, AKA: CARLOS JOSE GARCIA, a native and citizen of Nicaragua, is in the United States in violation of Title 8, United States Code, Section 1326(a),(b)(2), in that SERGIO RAMON ARIAS was arrested and deported from the United States and thereafter was found in the United States on or about June 5, 1998, without first receiving legal permission from the Attorney General to re-enter the United States. SERGIO RAMON ARIAS was located at Miami, Florida within the Southern District of Florida.

3. Your affiant personally reviewed the INS A-file, relating to SERGIO RAMON ARIAS, a native and citizen of Nicaragua. The INS A-file included fingerprint cards of SERGIO RAMON ARIAS.

4. Documents within the INS file revealed that SERGIO RAMON ARIAS was deported from the United States, to Mexico, on July 11, 1997, from Calexico, California.

5. Documents within the INS A-file revealed that on or about June 10, 1997, SERGIO RAMON ARIAS was provided a written warning that he would be in violation of Title 8, United States Code, Section 1326, should he return to the United States without permission from the Attorney General of the United States. SERGIO RAMON ARIAS acknowledged receipt of said written warning by affixing his signature to said warning.

6. SERGIO RAMON ARIAS was deported on or about July 11, 1997, pursuant to section 241(a)(5) of the Immigration & Nationality Act, in that a prior order of removal/deportation or exclusion was reinstated. The previous order, issued by an immigration judge, was dated September 22, 1995.

7. INS records do not disclose any evidence that SERGIO RAMON ARIAS applied for or received permission from the Attorney General to re-enter the United States subsequent to his deportation from the United States on or about July 11, 1997.

8. A fingerprint comparison reveals that SERGIO RAMON ARIAS and CARLOS JOSE GARCIA are the same individual who was deported on or about July 11, 1997.

_[signature]_
MARY A. RODRIGUEZ
IMMIGRATION & NATURALIZATION SERVICE

Subscribe and sworn to
before me this 26th day
of June, 1998.

_[signature]_
UNITED STATES MAGISTRATE JUDGE